In the Matter of the Application of The People of the State of New York, by George S. Van Schaick, as Superintendant of Insurance, for an Order to Take Possession of the Property of and Rehabilitate the Westchester Title and Trust Company. In the Matter of a Plan of Readjustment of the Rights of Holders of Investments in Mortgages Guaranteed by said Company. (Series 89-B.) Robert E. Dineen, Superintendent of Insurance of the State of New York, as Liquidator of the Westchester Title and Trust Company, Appellant; Oliver W. Birckhead et al., as Successor Trustees in Mortgage Investment Certificated Series WTT #89-B, Respondents.— Appeal by the Superintendent of Insurance, as liquidator of Westchester Title and Trust Company, from an order which denied his claim in the sum of $3,422.20, representing sums invested in the purchase of two tax liens, with interest, the properties of which were later foreclosed and the tax liens extinguished. On an accounting by the successor trustees it was decreed that the loss arising out of the tax liens should be borne by the general assets of the company for distribution. Order insofar as appealed from affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur. [See post, p. 940.]

Marion Johnson, Respondent, v. Robert F. Nelson et al., Defendants, and Aldo Brugnolotti et al., Individually and as Copartners Doing Business under the Names of Empire Buffing and Polishing Co. and Atlas Wood and Metal Finishing Co., Appellants.— Order denying appellants' motion to dismiss the fourth cause of action alleged in the complaint on the ground that it fails to set forth facts sufficient to constitute a cause of action affirmed, with $10 costs and disbursements. No opinion. Close, P. J., Johnston, Adel, Lewis and Aldrich, JJ., concur.

Leonard Joseph, Respondent, v. Century Motor Sales Corp., Appellant.— Action to recover damages for personal injuries sustained by plaintiff when he stepped backward from his automobile while it was being raised on a hydraulic lift in defendant's repair shop. Order setting aside the verdict of a jury in favor of defendant and granting a new trial, unanimously affirmed, with costs to abide the event. No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Aldrich, JJ.